## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

NAVEN L.,

      **Plaintiff,**        :

                                        **Case No. 2:25-cv-937**

      **v.**                          **Chief Judge Sarah D. Morrison**

                                        **Magistrate Judge Caroline H.**

**COMMISSIONER OF**          **Gentry**

**SOCIAL SECURITY,**

                             :

      **Defendant.**

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on June 30, 2026. (ECF No. 13.) The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. (*Id.*, PAGEID # 665.) The time for filing objections has passed, and no objections have been filed.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the R&R without conducting a *de novo* review. For the reasons set forth therein, the Commissioner's non-disability determination is **REVERSED**, and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the R&R. The Clerk shall **TERMINATE** this case from the docket.

      **IT IS SO ORDERED.**

                                 /s/ Sarah D. Morrison
                                 **SARAH D. MORRISON, CHIEF JUDGE**
                                 **UNITED STATES DISTRICT COURT**